No. 00–8551. DANIELS v. DEPARTMENT OF THE INTERIOR. C. A. Fed. Cir. Certiorari denied. 

No. 00–8552. CARBIN v. PIRIE, ACTING SECRETARY OF THE NAVY. C. A. Fed. Cir. Certiorari denied. 

No. 00–8570. DAWSON v. SNYDER, WARDEN. C. A. 3d Cir. Certiorari denied. 

No. 00–8572. COCKBURN v. DAHLBERG, ACTING SECRETARY OF THE ARMY. C. A. 11th Cir. Certiorari denied. 

No. 00–8578. COWAN v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 00–8586. EPPS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 00–8588. MORGAN v. KRENKE, WARDEN. C. A. 7th Cir. Certiorari denied. 

No. 00–8592. CRYAR v. UNITED STATES. C. A. 10th Cir. Certiorari denied. 

No. 00–8593. CAMACHO v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 00–8595. TOBIAS v. CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 00–8604. MACARUBBO v. PRINCIPI, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied. 

No. 00–8605. PATTERSON v. STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–8610. GARCIA-AYALA v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 00–8619. BACULO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.